

# GREEN·SEIFTER
### ATTORNEYS, PLLC

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES

VALERIE L.F. ALBERTO
CECELIA R.S. CANNON
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
EMILEE K. LAWSON HATCH ***
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
DAVID C. TEMES

ROBERT D. MCAULIFFE
1993-1995
DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

May 24, 2010

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**Re: David Leonard
Case No.:06-33612**

Dear Clerk:

Enclosed please find a check in the amount of $2.02 in relation to a proof of claim filed by the Internal Revenue Service, P.O. Box 21125, Philadelphia, Pennsylvania 19114

For your convenience, I have also enclosed a "Claims Distribution for Small Checks" report.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
1407607

WWW.GSLAW.COM

Rec'd 5/25/10 MC

Reciept # 61000312

Printed: 05/21/10 09:38 AM

Page: 1

## Claims Distribution Small Checks

**Trustee: MICHAEL J. BALANOFF (520830)**

Case: 08-32771 - LEONARD, DAVID

| Account No. | Check No. | Issued | Claim No. | Filed | Payee/Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002447820066 | 10115 | 05/21/10 | 7B | 07/06/09 | Payee: U.S. BANKRUPTCY COURT CLERK / Priority: 610 | Internal Revenue Service | 78.31 | 78.31 | 2.02 | $2.02 |

Check Amount: $2.02

(*) Denotes objection to Amount Filed